## TOWN OF NEW MILFORD *v.* WILFRED J. MEGIN II
### (AC 19824)

Lavery, C. J., and Spear and Pellegrino, Js.*

Submitted on briefs March 22—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

## TOWN OF NEW MILFORD *v.* WILFRED J. MEGIN II, TRUSTEE
### (AC 19866)

Lavery, C. J., and Spear and Pellegrino, Js.*

Submitted on briefs March 22—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

## RONALD PROVOST *v.* WESTVACO CORPORATION
### (AC 19384)

Lavery, C. J., and Spear and Hennessy, Js.

Argued March 20—officially released April 25, 2000

Per Curiam. The decision of the workers' compensation commissioner is affirmed.

---

* The listing of judges reflects their seniority status on this court as of the date of oral argument.